In the Matter of ANNA R. CROSSIN, Appellant and Respondent, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Respondent and Appellant.

Argued November 23, 1942; decided January 7, 1943.

*Harold Swain* and *Ralph A. Woodend* for petitioner, appellant and respondent.

*William C. Chanler, Corporation Counsel* (*Leo Brown, Julius Isaacs* and *Max Berman* of counsel), for Comptroller of city of New York, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.